IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OMAR FRANCIS

V.   C.A. NO. 15-181

KENNETH R. CAMERON

**ORDER**

AND NOW, this 9th day of June, 2016, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart and the objection thereto, it is ORDERED that:

1. The Objection [Doc. 28] is OVERULED.

2. The Report and Recommendation [Doc. 26] is APPROVED and ADOPTED.

3. The petition for writ of habeas corpus is DENIED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

JEFFREY L. SCHMEHL, J.