IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OMAR FRANCIS

V.     C.A. NO. 15-181

KENNETH R. CAMERON

## ORDER

**AND NOW**, this 17th day of February, 2023, it is hereby **ORDERED** that the Petitioner's Petition for Relief under Federal Rules of Civil Procedure 60 [Doc. 37] is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.